JUDGMENT

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

LODGED
CLERK, U.S. DISTRICT COURT
MAR - 5 2002
3-5-2002
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

NO. 99-56103
CT/AG#: CV-98-00135-AHS-1

FILED
CLERK, U.S. DISTRICT COURT
3-10-02
MAR 10 2002
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

SECURITIES AND EXCHANGE COMMISSION

Plaintiff - Appellee

v.

DAVID A. COLVIN; INTELLINET PUBLISHING INC.; INTELLINET HOLDING GROUP INC., MEDICAL ADVANTAGE INC.; LAMELLI INC. a/k/a Lamelli Medical Technology Inc.; WALL STREET RESEARCH COMPANY INC.; LAMAR ELLIS; JOHN LARSON, a/k/a John St. John

Defendants

and

JOB KJELL HOVIK

Defendant - Appellant

APPEAL FROM the United States District Court for the Central District of California (Santa Ana) .

THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California (Santa Ana) and was duly submitted.

ENTER ON ICMS
MAR 13 2002

362



ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is AFFIRMED.

Filed and entered 12/14/01

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
FEB 28 2002
Deputy Clerk