**ORIGINAL**

ALSCHULER GROSSMAN STEIN & KAHAN LLP
Daniel Alberstone (No. 105275)
Philip H. R. Nevinny (No. 150506)
2049 Century Park East
39th Floor
Los Angeles, CA 90067-3213
Telephone: 310-277-1226
Facsimile: 310-552-6077

Attorneys for Court Appointed Receiver,
James H. Donell

FILED
CLERK, U.S. DISTRICT COURT
MAY 13 2002
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2002 APR -9 PM 3:17

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

DAVID A. COLVIN, et al.,

Defendants.

CASE NO. SA-98-135AHS (Eex)
SACV98-135AHS

AMENDED [PROPOSED] ORDER FOR APPROVAL OF RECEIVER'S FINAL REPORT AND ACCOUNTING, FINAL FEE APPLICATION, DISCHARGE OF RECEIVER, AND DISTRIBUTION OF FUNDS

The Court, having read and considered the Court Appointed Receiver James H. Donell's ("Receiver") Notice of Motion and Motion for an Order for Approval of Receiver's Final Report and Accounting, Final Fee Application, Discharge of Receiver and Distribution of Funds, and all other papers filed in support or in opposition to the motion, and finding good cause therefor,

IT IS HEREBY ORDERED:

1. The Receiver's Final Report and Accounting are approved;

2. The Receiver's final fees and expenses totaling $12,307.58 for the period December 1, 2000 through March 31, 2002, are hereby approved. The Receiver's outstanding accounting fees in the amount of $6,900.00 are also

ENTER ON ICMS
MAY 17 2002

627404_1.DOC

1 hereby approved. The Receiver's legal fees and expenses in the
2 amount of $13,743.87 for the period December 1, 2000 through
3 March 31, 2002, are also hereby approved;
4    3. A positive balance of $310,191.80 exists in the
5 Receiver's account. The Receiver is to disburse to investors the
6 sum of $310,191.80 (less accruing costs including storage fees),
7 to be applied pro rata toward their respective claims, within
8 fifteen (15) days following entry of this Order by the Court;
9    4. The Receiver is authorized to destroy all
10 furniture and office equipment immediately but retain documents
11 contained in the storage lockers for thirty days to permit review
12 by Mr. Hovik's counsel, after which the Receiver is authorized to
13 destroy the documents. Accruing storage fees during that period
14 may be paid out of the Receiver's account balance set forth
15 above;
16    5. Upon faithful completion of any final acts ordered
17 by the Court, the Receiver is discharged and relieved of any
18 further responsibility with respect to the entities over which he
19 was appointed Receiver, and the Receivership is terminated.
20    The Court will retain jurisdiction over any
21 receivership matters.
22    IT IS SO ORDERED.

24 Dated: May 13, 2002.

                                                                 Honorable Alicemarie H. Stotler
                                                                 United States District Judge

1  hereby approved. The Receiver's legal fees and expenses in the amount of
2  $13,743.87 for the period December 1, 2000 through March 31, 2002, are also
3  hereby approved;

4      3. A positive balance of $310,191.80 exists in the Receiver's
5  account. The Receiver is to disburse to investors the sum of $310,191.80 (less
6  accruing costs including storage fees), to be applied pro rata toward their respective
7  claims, within fifteen (15) days following entry of this Order by the Court;

8      4. The Receiver is authorized to destroy all records and files which
9  have come into his possession relating to his administration of the receivership
10 estate on or after sixty (60) days following entry of this Order by the Court.
11 Accruing storage fees during that period may be paid out of the Receiver's account
12 balance set forth above;

13     5. Upon faithful completion of any final acts ordered by the Court,
14 the Receiver is discharged and relieved of any further responsibility with respect to
15 the entities over which he was appointed Receiver, and the Receivership is
16 terminated.

17     The Court will retain jurisdiction over any receivership matters.
18     IT IS SO ORDERED.

20 Dated: _____, 2002
21     Honorable Alicemarie H. Stotler
    United States District Judge

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

627404_1.DOC

2

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2049 Century Park East, 39th Floor, Los Angeles, California 90067-3213. On April 9, 2002, I served a true copy of the within documents:

**AMENDED [PROPOSED] ORDER FOR APPROVAL OF RECEIVER'S FINAL REPORT AND ACCOUNTING, FINAL FEE APPLICATION, DISCHARGE OF RECEIVER, AND DISTRIBUTION OF FUNDS**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope, with the overnight delivery charge prepaid, addressed as set forth below, and deposited in a box or facility regularly maintained by the overnight delivery service carrier, Overnight Delivery Service.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

### SEE SERVICE LIST ATTACHED

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 9, 2002.

_/s/ Kelly A. Sargeant_
Kelly A. Sargeant

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

627404_1.DOC

## SERVICE LIST

David Colvin
Inmate Number 09448-112
Metropolitan Detention Center
535 N. Alameda Street
Los Angeles, California 90012

Job Kjell Hovik
8515 Via Mallorca
La Jolla, California 92037

Lamar Ellis
218 Lincoln Avenue
Pomona, California 91767

James H. Donell
12121 Wilshire Blvd., Suite 200
Los Angeles, CA 90025

Michael R. Belter, Esq.
3800 Orange Street, Suite 280
Riverside, California 92501

John Larson
c/o Lazier D. Gould, Esq.
6922 Hollywood Boulevard, Suite 201
Los Angeles, California 90028

Karen Matteson, Esq.
Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

627404_1.DOC